United States District Court for the District of Columbia
U.D.C., 20001

RECEIVED
17 AUG 22 AM 11:18
U.S. COURT OF APPEALS
SECOND CIRCUIT

Second Party Plaintiff

Tyrone Hurt, et. al.,
(see: Haines v. Kerner (1972))
422 Chesapeake St. S.E. #33
W.D.C., 20032; 202-258-6432

**17CV 6645**

Civil Action No.

Plaintiffs;

U.S. Constitution, (1608) (1775) AND

v.

M.P.D., et. al., and its affiliates et. al.,
(see: Bivem v. Six(6) unknown
Narcotics Agents (1975)) Defendants;
11260 Waples Street, Fairfax, VA

## Complaint

1. The jurisdiction of this Honorable Court is pursuant to Title 42, Section 1983, U.S.C., Title 28, Section 1330, U.S.C., Title 28, Section 1331 & 1332, U.S.C. Title 28, Section 1975, U.S.C.

2. I am a citizen of the D.C. and of the U.S.A.

3. The amount in controversy exceeds $75,000.00 Dollars exclusive interest and costs.

### Statement of the Facts of the Case
### Memorandum of Law

1. The plaintiff respectfully states that for this Honorable

Court explicitly; see: nota! examine! The Second (2nd.) Amendment Right to the U.S. Constitution, (1608-) (1775-) (see: The American College dictionary meaning f. "infringe"—indicates) as, the, enduring, U.S. Constitution, (1608-) (1775-) (adopted—1787) wasn't written to be putatively left, in times, and in times of crisis, in the present-day, to this senseless and unnecessary national epidemic to gun violence (see: nota! The murder of Philip Barton Key—(1859); The assassination to President Lincoln—(1865); The assassination to President Garfield—(1882); The attempted assassination to President Reagan— (1981); and others, either killed or wounded, through senseless and unnecessary gun violence. Also, nota! see! examine! The history to the courts to the D.C. Circuit: over the two (2) centuries to their existence. 261 years of the killings, by, weapons manufactured by the N.R.A.

So, therefore, amongst the facts and reasons mentioned herein paid Plaintiffs calls-in—the complete elimination, eradication and abolishment to the illegally manufactured weapons, by, the N.R.A. (multi-billion dollar) that has killed innocent Americans, senselessly and

were necessarily all in violation of the Second (2nd.) Amendment Rights to the U.S. Constitution, (adopted) (1778-) (see: The dissent on college dissidents' meaning to "infringe" in all matters), (see: Mr. as right attaches therein: subjects)

Motion to proceed in forma pauperis, pursuant to Title 28, section 1915, U.S.C.

Comes now, Tyrone Artis, the plaintiff, and respectfully moves the Honorable, U.S. District Court for the Dist. of Columbia, for leave to proceed in forma pauperis, pursuant to Title 28, section 1915, U.S.C. for the following reasons:

1. The plaintiff respectfully states that because of my poverty, that I am unable to pre-pay the said costs or fees for the filing of the foregoing complaint, that said plaintiff be allowed and permitted to proceed in forma pauperis, pursuant to Title 28, section 1915, U.S.C.

Memorandum of Law

1. see: U.S. Constitution, (1608-) (1778-) see: Black's Law Dictionary - (2009-)

See: The American College Dictionary meaning to trials (n): merit: vexations: properties:

See: Title 28, section 1915, U.S.C., enacted by the U.S. Congress to the U.S., for Article III, section 1, to the U.S. Constitution, (1635-) (1775) to be interpreted.

## Relief

1. The Plaintiff seeks the airing through the First (1st) Amendment rights to the U.S. Constitution, (1635) (1775) to this pertinent civil action complaint. The Plaintiff seeks the urgent property, in meritas, elimination, termination and abolishment to the said N.T.A. and its affiliates, for amongst the facts and reasons mentioned herein. The Plaintiff seeks the 65 trillion dollars in punitive and monetary damages against said defendants, N.T.A. and its affiliates.

Affidavit of Prudence,
Pursuant to Title 28,
Section 1915, U.S.C.

I, Tyrone Hub, the Plaintiff, and through Noinai Winkenny, 1972, and respectfully state that because of my poverty, that I am unable to pre-pay the said costs or fees for the filing of the foregoing complaint, that I am unable to give security for the same, that I believe that I am entitled to the redress that I now seek.

Certification of Service

I, Tyrone Hub, the Plaintiff, and respectfully state that I have you this 25th day of Aug, 13th day of Aug 1, M, have sent the foregoing complaint to the U.S. District Ct. for the S.D., to make service upon the Atty for the defendants, et al.

Respectfully submitted,
s/ Tyrone Hub
Plaintiff, Pro-se
/ Noinai Winkenny, 1973



A federal appeals court blocked a D.C. law that makes it difficult for gun owners to get concealed carry permits.

# Court blocks D.C.'s strict concealed carry law

## Appeals panel rules the city's 'good reason' rule is unconstitutional

**THE DISTRICT**

A federal appeals court on Tuesday blocked a D.C. law that makes it difficult for gun owners to get concealed carry permits by requiring them to show they have a good reason to carry a weapon.

A divided three-judge panel for the U.S. Court of Appeals for the D.C. Circuit said the law requiring people to show "good reason to fear injury" or another "proper reason" to carry a weapon infringes on Second Amendment rights.

City law now requires residents to register guns kept at their homes or businesses. Anyone who wants to carry a weapon outside the home needs a separate concealed carry license.

The judges ordered a lower court to enjoin the city from enforcing the "good reason" law, but it remains in effect while D.C. Attorney General Karl Racine decides whether to ask for a full appellate review. If he does and the judges refuse to rehear the case, the order blocking the law would take effect shortly after, although Racine's office could also appeal to the U.S. Supreme Court.

Racine said Tuesday that his office is committed to working with the mayor and city council "to continue fighting for common-sense gun reforms."

"The District of Columbia's 'good reason' requirement for concealed-carry permits is a common-sense gun regulation, and four federal appeals courts have rejected challenges to similar laws in other states," Racine said in a statement.

Under the law, reasons to get a permit might include a personal threat, or a job that requires a person to carry or protect cash or valuables. The police department has approved 126 concealed carry licenses and denied 400 other applications since July 2008, police said this month.

ALANNA DURKIN RICHER (AP)

# CIVIL COVER SHEET

JS-44 (Rev. 6/17 DC)

## I. (a) PLAINTIFFS

Tyrone Hart

## DEFENDANTS

N.R.A.

11260 Waples
Fairfax, Virginia

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF W.D.C.
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Tyrone Hart, Haines v. Turner 1972?
422 Chesapeake St SE #33 W.D.C.
20032   202-788-1035

ATTORNEYS (IF KNOWN)

Unknown

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
- [ ] 410 Antitrust

### ○ B. Personal Injury/Malpractice
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [x] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Medical Malpractice
- [ ] 365 Product Liability
- [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
- [ ] 151 Medicare Act

**Social Security**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**Other Statutes**
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 890 Other Statutory Actions (If Administrative Agency is Involved)

### ⦿ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)  OR  ⦿ F. Pro Se General Civil

**Real Property**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent, Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**Personal Property**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**Bankruptcy**
- [ ] 422 Appeal 27 USC 158
- [ ] 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Conditions
- [ ] 560 Civil Detainee – Conditions of Confinement

**Property Rights**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent – Abbreviated New Drug Application
- [ ] 840 Trademark

**Federal Tax Suits**
- [ ] 870 Taxes (US plaintiff or defendant)
- [ ] 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**Other Statutes**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 430 Banks & Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation

- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions
- [ ] 470 Racketeer Influenced & Corrupt Organization
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Satellite TV
- [ ] 850 Securities/Commodities/Exchange
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/Privacy Act* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)* | ⊙ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☒ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**
⊙ 1 Original Proceeding ○ 2 Removed from State Court ○ 3 Remanded from Appellate Court ○ 4 Reinstated or Reopened ○ 5 Transferred from another district (specify) ○ 6 Multi-district Litigation ○ 7 Appeal to District Judge from Mag. Judge ○ 8 Multi-district Litigation – Direct File

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Title 42, section 1983, U.S.C.: Title 28, section 1330, U.S.C.: Title 28, section 1331/1332 U.S.C.

| VII. REQUESTED IN COMPLAINT | CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐ | DEMAND $<br>JURY DEMAND: | Check YES only if demanded in complaint<br>YES ☒   NO ☐ |
|---|---|---|---|
| VIII. RELATED CASE(S) IF ANY | (See instruction) | YES ☐   NO ☐ | If yes, please complete related case form |

DATE: 5/29/17   SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case.

VI. CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the *District [of] Virginia*

_Tyrone Hext_
Plaintiff

v.

_M. R. A._
Defendant

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
M.R.A.: 11200 Waples Mill Rd, Fairfax, Virginia!

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Tyrone Hext: 422 Chesapeake St. SE #33, W.D.C. 20032

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/27/17

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

U.S. POSTAGE >> PITNEY BOWES
ZIP 20001 $ 007.20
02 1W
0001399957 AUG 11 2017

pla'tee mailing exbibts:

Tyrone Hurt
Apt 33
422 Chesapeake St. SE
Washington, DC 20032

USM 40LD
SDNY

To: Clerk of the Court
Chief Judge
United States District Judge
For the Honb Colleen McMahon
#6 40 Center Street,
Rm. 617
New York, N.Y.
10007-1501

(202)758-6932
Cell Phone!

Mr. Tyrone Hurt
422 Chesapeake H Lot #33
Washington, DC 20032



Retail

US POSTAGE PAID
$7.60

UNITED STATES POSTAL SERVICE.

Origin: 20003
Destination: 10007
1 Lb 1.60 Oz
Aug 18, 17
1049740270-45

1006
C014

PRIORITY MAIL ®2-Day

Expected Delivery Day: 08/21/2017

USPS TRACKING NUMBER

9505 5126 6683 7230 2259 24